UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRIAN P. FENSTERER,

       Plaintiff,                      Case No. 12-13166

                                        Paul D. Borman
v.                                         United States District Judge

                                        Michael Hluchaniuk
COMMISSIONER OF SOCIAL SECURITY,    United States Magistrate Judge

       Defendant.
_____/

ORDER (1) ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION (ECF NO. 14),
(2) GRANTING IN PART PLAINTIFF'S
MOTION FOR SUMMARY JUDGMENT (ECF NO. 9),
(3) DENYING IN PART DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT (ECF NO. 13),
(4) REVERSING IN PART THE FINDINGS OF THE COMMISSIONER, and
and (5) REMANDING TO THE COMMISSIONER FOR FURTHER PROCEEDINGS

    On July 18, 2013, Magistrate Judge Michael Hluchaniuk issued a Report and Recommendation to grant in part Plaintiff's motion for summary judgment (ECF No. 9), deny in part Defendant's motion (ECF No. 13), reverse in part the findings of the Commissioner and remand this matter to the Commissioner for further proceedings. (ECF No. 14, Report and Recommendation.)

    Having reviewed the Report and Recommendation, and there being no timely objections from either party under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d), the Court ADOPTS the Report and Recommendation, GRANTS in part Plaintiff's motion for summary judgment, DENIES in part Defendant's motion for summary judgment, REVERSES in part the findings of the Commissioner and REMANDS this matter pursuant to sentence four of 42 U.S.C. § 405(g) for

1

further proceedings consistent with the Magistrate Judge's Report and Recommendation.

IT IS SO ORDERED.

                                          s/Paul D. Borman
                                          Paul D. Borman
                                          United States District Judge

Dated: August 7, 2013

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on August 7, 2013.

                                          s/Deborah Tofil
                                          Case Manager